```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF KENTUCKY
                           LONDON DIVISION


IN RE:

RICKY J.P. GIBSON                                CASE NO. 09-61341

DEBTOR

GEICO GENERAL INSURANCE COMPANY                  PLAINTIFF

v.

RICKY J.P. GIBSON                                DEFENDANT

                                                 ADV. NO. 09-6096
```

### MEMORANDUM OPINION

This matter having come before the Court on Plaintiff GEICO General Insurance Company's Motion for Summary Judgment (DOC 10), and a hearing having been held on March 8, 2010, and the matter having been taken under submission, the Court hereby issues this Memorandum Opinion.

FACTS.

On November 3, 2007, Defendant operated a motor vehicle while intoxicated from alcohol, causing a motor vehicle accident. Said accident resulted in personal injury to a passenger in the vehicle.

Defendant admitted to being intoxicated at the time of the accident in a guilty plea in state court.

As a result of the accident, the victim in the accident filed suit against Defendant and Plaintiff in this matter in state court. A settlement agreement and release was entered in that case preserving GEICO General Insurance Company's subrogation rights against Defendant.

CONCLUSIONS OF LAW.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

11 U.S.C. § 523(a)(9) excepts from discharge any debt for death or personal injury caused by a debtor's operation of a motor vehicle if such operation was unlawful because the Debtor was intoxicated.

Debtor has already pled guilty be being intoxicated at the time of the accident in state court. Under principles of *res judicata* and *collateral estoppel* that issue has already been determined.

For those reasons, Plaintiff GEICO General Insurance Company's Motion for Summary Judgment (DOC 10) is hereby SUSTAINED. This Memorandum Opinion constitutes the Court's Findings of Fact and Conclusions of Law. A separate order entering Judgment for the Plaintiff shall be entered.

COPIES TO:

Kellie M. Collins, Esq.
R. Aaron Hostettler, Esq.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Thursday, March 11, 2010**
**(jms)**